ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

LAURENCE G. TINSLEY, JR.
Assistant U.S. Attorney
Arizona State Bar No. 012581
Two Renaissance Square
40 North Central Ave., Suite 1800
Phoenix, Arizona 85004-4408
Telephone: 602-514-7500
Facsimile: 602-514-7760
Email: Laurence.Tinsley@usdoj.gov

*Attorneys for Defendant United States of America*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seth Hartman<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>United States of America<br><br>　　　　　Defendant. | **3:17-CV-02444-JJT**<br><br>**NOTICE OF SERVICE OF DEFENDANT UNITED STATES' FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF NON-UNIFORM INTERROGATORIES** |

NOTICE IS HEREBY GIVEN that on August 9, 2018, Defendant United States of America served upon Plaintiff its First Supplement Response to Plaintiff's First Set of Non-Uniform Interrogatories, by mailing same to:

J. Blake Mayes
Claudia Z. Horan
MAYESTELLES PLLC
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-1927
*Attorneys for Plaintiff*

Dated this 9th day of August 2018.

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

*s/ Laurence G. Tinsley, Jr.*
Laurence G. Tinsley, Jr.
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

J. Blake Mayes
Claudia Z. Horan
MAYESTELLES PLLC
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-1927
Attorneys for Plaintiff

s/ *Irene Millsaps*
United States Attorney's Office